**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| JOSHUA BLIGH and DARRIN EASTLICK, *On Behalf of Themselves and All Others Similarly Situated*, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | )  CAUSE NO.: 1:15-cv-00234-JD-SLC | |
| CONSTRUCTION RESOURCES OF INDIANA, INC., GEIGER EXCAVATING, INC., GEIGER LEASING, LLC, JAY C. GEIGER, *and* JODI GEIGER, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

The parties, by counsel, pursuant to local rule 5-3, jointly move the Court to maintain the

settlement agreements under seal.  (Copies of the settlement agreements attached as Exhs. "A"

and "B")  The documents should be maintained under seal because (1) they are not relevant to

the questions raised in the Complaint, and (2) good cause exists to maintain the settlement

agreements under seal because in FLSA actions, "Parties do not have the option, as litigants do

in most non-FLSA collective action cases to execute a private, confidential settlement agreement

and then file a stipulation of dismissal." *Swarthout v. Ryla Teleservices, Inc.*, 2012 WL

5361756, at *3 (N.D. Ind. Oct 30, 2012).  The settlement of this matter includes a confidentiality

provision, necessitating filing the settlement agreements under seal under *Swarthout*.  *Id.*  The

Motion to Approve the Settlement is filed contemporaneously herewith.  The parties agree that

the provisions of the settlement agreement, negotiated at arms-length by experienced counsel,

fairly and adequately resolves the claims in this matter, and that maintaining the settlement

1

agreements under seal is required to maintain the confidentiality negotiated between the Parties under *Swarthout*.  Therefore, the parties jointly request that the Court maintain the seal for the settlement agreements in this matter.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

*s/Marcia A. Mahony*

Marcia A. Mahony, Atty No. 18779-49
Attorneys for Defendants, Jay C. Geiger,
Jodi Geiger and Geiger Excavating, Inc.
mmahony@k-glaw.com

## CERTIFICATE OF SERVICE

The forgoing was filed electronically this __25th__ day of May, 2016.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

Robert A. Hicks
MACEY SWANSON AND ALLMAN
445 N. Pennsylvania Street, #401
Indianapolis, IN 46204
rhicks@maceylaw.com

Craig R. Patterson
Matthew J. Elliott
BECKMAN LAWSON LLP
201 W. Wayne St.
Fort Wayne, IN 46803
cpatterson@beckmanlawson.com
melliott@beckmanlawson.com

Jason T. Brown
Nicholas R. Conlon
JTB Law Group, LLC
155 2nd Street, #4
Jersey City, NJ 07302
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*s/ Marcia A. Mahony*

Marcia A. Mahony

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mmahony@k-glaw.com

151170\3289588-1