**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| JOSHUA BLIGH and DARRIN EASTLICK, *On Behalf of Themselves and All Others Similarly Situated*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) CAUSE NO.: 1:15-cv-00234-JD-SLC |
| CONSTRUCTION RESOURCES OF INDIANA, INC., GEIGER EXCAVATING, INC., GEIGER LEASING, LLC, JAY C. GEIGER, *and* JODI GEIGER, | ) ) ) ) ) ) |
| Defendants. | ) |

**GENERAL RELEASE AND SETTLEMENT AGREEMENT**
**BETWEEN JOSHUA BLIGH AND DEFENDANTS**

***FILED UNDER SEAL***

 *s/ Robert A. Hicks*
Robert A. Hicks
MACEY SWANSON AND ALLMAN
445 N. Pennsylvania Street, #401
Indianapolis, IN 46204
rhicks@maceylaw.com


 *s/ Matthew J. Elliott*
Craig R. Patterson
Matthew J. Elliott
BECKMAN LAWSON LLP
201 W. Wayne St.
Fort Wayne, IN 46803
cpatterson@beckmanlawson.com
melliott@beckmanlawson.com

 *s/ Nicholas R. Conlon*
Jason T. Brown
Nicholas R. Conlon
JTB Law Group, LLC
155 2nd Street, #4
Jersey City, NJ 07302
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com


 *s/ Marcia A. Mahony*
Marcia A. Mahony
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
mmahony@k-glaw.com

**EXHIBIT A**